# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LaMonte S. Owens *aka* LaMonte S. Owens, II *aka* LaMonte S. Owens, III,<br>　　　　Debtor | Chapter 13<br><br>Case No.: 15-11627-elf |
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,<br>　　　　Movant,<br>vs.<br>LaMonte S. Owens *aka* LaMonte S. Owens, II *aka* LaMonte S. Owens, III,<br>　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　Trustee / Respondent. | |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __14th__ day of _____July_____, 20__16__, it is hereby

**ORDERED** that Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. is hereby granted relief from the automatic stay provided for by section 11 U.S.C. § 362 as to Debtor, LaMonte S. Owens *aka* LaMonte S. Owens, II *aka* LaMonte S. Owens, III, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its in rem rights as determined by state and/or other applicable law with regard to the real property known as and located at 1310 South 5th Street, Philadelphia, PA 19147;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**