United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-11627-elf
LaMonte S. Owens                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 14, 2016
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.
```
db              +LaMonte S. Owens,   1310 South 5th Street,    Philadelphia, PA 19147-5917
aty             +Brewerytown Square Homeowners Association,    Marcus & Hoffman, P.C.,
                  c/o Robert J. Hoffman, Esq.,   326 W State Street,    Media, PA 19063-2616
cr               Manufacturers and Traders Trust Company,   One M & T Plaza,    Buffalo, NY 14203-2399
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                  PO Box 619096,   Dallas, TX 75261-9741)
13737735        +Federal National Mortgage Association,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
                  1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:19    City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 01:42:05
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2016 01:42:17    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy@phila.gov Jul 15 2016 01:42:19
                  CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
cr             +E-mail/Text: bkdepartment@rtresolutions.com Jul 15 2016 01:42:13    Real Time Solutions Inc,
                  1349 Empire Central Drive,   Suite 150,   Dallas, TX 75247-4029
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
```
          DANIEL BRETT SULLIVAN    on behalf of Creditor   Nationstar Mortgage, LLC BNCmail@w-legal.com,
           DanS@w-legal.com
          DOUGLAS J. SMILLIE    on behalf of Creditor   Manufacturers and Traders Trust Company
           dsmillie@flblaw.com, ccharlton@flblaw.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor   Federal National Mortgage Association
           paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor LaMonte S. Owens joshualthomas@gmail.com
          LEEANE O. HUGGINS    on behalf of Creditor   Provident Funding Associates, L.P. pabk@logs.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MARISSA M. O'CONNELL    on behalf of Creditor   CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
           marissa.o'connell@phila.gov, James.Feighan@phila.gov
```

Case 15-11627-elf    Doc 151    Filed 07/16/16    Entered 07/17/16 01:08:30    Desc
Imaged Certificate of Notice    Page 2 of 3

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jul 14, 2016
                              Form ID: pdf900         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
        ROBERT J. HOFFMAN    on behalf of Attorney    Brewerytown Square Homeowners Association collections@marcushoffman.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                      TOTAL: 16

Case 15-11627-elf    Doc 151    Filed 07/16/16    Entered 07/17/16 01:08:30    Desc
Imaged Certificate of Notice    Page 2 of 3

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LaMonte S. Owens *aka* LaMonte S. Owens, II *aka* LaMonte S. Owens, III,<br>　　　　　Debtor | Chapter 13<br><br>Case No.: 15-11627-elf |
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,<br>　　　　　Movant,<br>vs.<br>LaMonte S. Owens *aka* LaMonte S. Owens, II *aka* LaMonte S. Owens, III,<br>　　　　　Debtor / Respondent,<br>and<br>William C. Miller,<br>　　　　　Trustee / Respondent. | |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __14th__ day of _____July_____, 20_16__, it is hereby

**ORDERED** that Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. is hereby granted relief from the automatic stay provided for by section 11 U.S.C. § 362 as to Debtor, LaMonte S. Owens *aka* LaMonte S. Owens, II *aka* LaMonte S. Owens, III, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its in rem rights as determined by state and/or other applicable law with regard to the real property known as and located at 1310 South 5th Street, Philadelphia, PA 19147;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**