United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-11627-elf
LaMonte S. Owens                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John           Page 1 of 3           Date Rcvd: Jul 20, 2016
                       Form ID: pdf900       Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
```
db            +LaMonte S. Owens,    1310 South 5th Street,    Philadelphia, PA 19147-5917
aty           +Brewerytown Square Homeowners Association,    Marcus & Hoffman, P.C.,
                c/o Robert J. Hoffman, Esq.,    326 W State Street,    Media, PA 19063-2616
cr             Manufacturers and Traders Trust Company,    One M & T Plaza,    Buffalo, NY 14203-2399
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                PO Box 619096,    Dallas, TX  75261-9741)
13513281      +ADT Security Services Inc.,    3190 South Vaughn Way,    Aurora, CO 80014-3537
13489238      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13492537      +Alex Milyavsky,    164 North Flower Mill Road,    Langhorne, PA 19047-1652
13492538     #+Allied Collection Services,    8550 Balboa Blvd,    Suite 232,    Northridge, CA 91325-5806
13492539      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
13536892       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13553654       American Express Travel Related Services,    Company, Inc.,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
13492542      +Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13492541      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                Simi Valley, CA 93062-5170
13492546       Brewerytown Square Homeowners,    Firstservice Residential,    P.O. Box 11981,
                Newark, NJ 07101-4960
13492549     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank USA,    Citicorp Credit,    P.O. Box 20507,
                Kansas City, MO 64195)
13492551       City of Philadelphia,    Department of Revenue,    P.O. Box 41496,    Philadelphia, PA 19101-1496
13492554       Comcast,    P.O. Box 3005,    Southeastern, PA 19398-3005
13492555       Comcast Cable Area One,    P.O. Box 3005,    Southeastern, PA 19398-3005
13492556      +Continental Exchange Solutions,    6565 Knotts Ave.,    Buena Park, CA 90620-1139
13492560       DHO, LLC,    1310 S. 5th Street,    Philadelphia, PA 19147-5917
13492561      +DSNB Bloomingdales,    Macy's Bankruptcy Dept,    6356 Corley Road,    Norcross, GA 30071-1704
13492562      +Ed Moore,    aka Marshall Road Financial,    1900 Spruce Street,    Suite 4,
                Philadelphia, PA 19103-6605
13492563      +Equiant Financial Svcs,    Attn: Bankrupty Dept,    5401 N Pima Rd,    Scottsdale, AZ 85250-2627
13492564      +Erica D. Hill,    805 Marly Court,    Newport News, VA 23608-9339
13737735      +Federal National Mortgage Association,    c/o JOSEPH PATRICK SCHALK,    Phelan Hallinan, LLP,
                1617 JOHN F. KENNEDY BLVD. SUITE 1400,    PHILADELPHIA, PA 19103-1814
13492565      +GPCD Partners, LLC,    1420 Walnut Street,    Philadelphia, PA 19102-4010
13492566     #+Guidant Financial Group,    1120 112th Ave NE,    Suite 410,    Bellevue, WA 98004-4505
13492567      +Independence Blue Cross,    1901 Market Street,    Philadelphia, PA 19103-1475
13523695       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13492570      +Marvin R. Womack,    6624 Gyer Ave.,    Philadelphia, PA 19142-2603
13492571      +Mcydsnb,    9111 Duke Blvd.,    Mason, OH 45040-8999
13492572      +Merchant Express Money Order,    P.O. Box 8863,    Camp Hill, PA 17001-8863
13492582      +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue,    3rd Floor,
                Philadelphia, PA 19122-2806
13492576       Peco,    P.O. Box 37629,    Philadelphia, PA 19101-0629
13492577       Peco,    P.O. Box 13439,    Philadelphia, PA 19162-0439
13492578      +Penn Credit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
13492579       Penn Medicine,    UPHS Physicians Patient Pay,    P.O. Box 824406,    Philadelphia, PA 19182-4406
13492581       Performant Recovery, Inc.,    P.O. Box 9054,    Pleasanton, CA 94566-9054
13492583       Philadelphia Gas Works,    P.O. Box 11700,    Newark, NJ 07101-4700
13492584       Provident Funding Asso,    P.O. Box 5914,    Santa Rosa, CA 95402-5914
13570178      +Provident Funding Associates, L.P.,    1235 N. Dutton Ave.,    Suite E,
                Santa Rosa, California 95401-4666
13492585       Recon Ortho Assoc. II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
13492587      +Ria Financial Services,    13825 Cerritos Corp Dr S,    Cerritos, CA 90703-2471
13492588       Rothman Institute,    P.O. Box 797910,    Philadelphia, PA 19175-7910
13492590       Sarita Rivera,    1310 S 5th Street,    Philadelphia, PA 19147-5917
13492591      +Sentry Credit,    P.O. Box 12070,    Everett, WA 98206-2070
13492592      +Softgate Solutions Systems,    330 Passaic Avenue,    Fairfield, NJ 07004-2009
13494305      +Softgate Systems Inc.,    c/o Fein, Such, Kahn & Shepard, PC.,    7 Century Drive,    Suite 201,
                Parsippany, NJ 07054-4609,    Attn: Philip Kahn, Esq.
13718763      +THE BANK OF NEW YORK MELLON Et Al,    c/o JOSEPH ANGEO DESSOYE,    Phelan Hallinan, LLP,
                1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13551900      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America, N.A.,
                Attn: Bankruptcy Department,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13589168      +The Bank of New York Mellon, as Trustee,    c/o Nationstar Mortgage LLC,
                ATTN: Bankruptcy Department,    PO Box 619096,    Dallas, TX 75261-9096
13492594       USA Funds, Inc.,    c/o Sallie Mae Post Claim,    Assistance MC E2142,    P.O. Box 9460,
                Wilkes Barre, PA 18773-9460
13492595       USA Funds, Inc.,    c/o Sallie Mae Post Claim Assistance,    P.O. Box 9460,
                Wilkes Barre, PA 18773-9460
13492596      +Washington International Ins co.,    Amato Keating and Lessa, PC,    107 North Commerce Way,
                Suite 100,    Bethlehem, PA 18017-8913
```

```
District/off: 0313-2          User: John                  Page 2 of 3                   Date Rcvd: Jul 20, 2016
                              Form ID: pdf900             Total Noticed: 86


13492597         Water Revenue Burear,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13492598         Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13492599        +Wells Fargo,    P.O. Box 1450,    Minneapolis, MN 55485-1450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 21 2016 01:15:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2016 01:15:07      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkdepartment@rtresolutions.com Jul 21 2016 01:15:04      Real Time Solutions Inc,
                 1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
13492536        E-mail/Text: amscbankruptcy@adt.com Jul 21 2016 01:15:26      ADT Security Services,
                 P.O. Box 371878,    Pittsburgh, PA 15250-7878
13506012       +E-mail/Text: g20956@att.com Jul 21 2016 01:15:23      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13492540       +E-mail/Text: g20956@att.com Jul 21 2016 01:15:24      AT&T Mobility II LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way Room 3A104,    Bedminster, NJ 07921-2693
13492535       +E-mail/Text: seinhorn@ars-llc.biz Jul 21 2016 01:15:25      Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
13492543        E-mail/Text: bankruptcy@bbandt.com Jul 21 2016 01:14:45       BB&T,   4251 Fayetteville Road,
                 Lumberton, NC 28358-2678
13499025       +E-mail/Text: bncmail@w-legal.com Jul 21 2016 01:15:03      Bank of New York Mellon,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13492545       +E-mail/Text: updates@brennanclark.com Jul 21 2016 01:15:07      Brennan & Clark LTD,
                 721 E. Madison,    Suite 200,    Villa Park, IL 60181-3083
13492544       +E-mail/Text: updates@brennanclark.com Jul 21 2016 01:15:07      Brennan & Clark Ltd,
                 721 E Madison St,    Villa Park, IL 60181-3083
13589848        E-mail/Text: bankruptcy@phila.gov Jul 21 2016 01:15:09      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13582350       +E-mail/Text: bankruptcy@phila.gov Jul 21 2016 01:15:09
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13492547        E-mail/Text: cms-bk@cms-collect.com Jul 21 2016 01:14:46      Capital Management,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13492548       +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 21 2016 01:15:07       Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13492552       +E-mail/Text: apotter@philapark.org Jul 21 2016 01:15:25      City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
13492550        E-mail/Text: bankruptcy@phila.gov Jul 21 2016 01:15:09      City of Philadelphia,
                 Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13492553        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 21 2016 01:15:22       Comcast,
                 P.O. Box 3006,    Southeastern, PA 19398-3006
13492557       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2016 01:15:26
                 Credit Collection Service,    Two Wells Avenue,    Newton Center, MA 02459-3246
13492558       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2016 01:15:26
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13492559        E-mail/Text: bankruptcy@pepcoholdings.com Jul 21 2016 01:14:45      Delmarva Power,
                 P.O. Box 17006,    Wilmington, DE 19850-7006
13492568        E-mail/Text: cio.bncmail@irs.gov Jul 21 2016 01:14:42      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13492569        E-mail/Text: camanagement@mtb.com Jul 21 2016 01:14:47      M&T Bank,   Attn.: Bankruptcy,
                 1100 Wehrle Drive,    2nd Floor,    Buffalo, NY 14221
13492573       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 21 2016 01:15:01      Midland Funding,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13523398        E-mail/PDF: pa_dc_litigation@navient.com Jul 21 2016 01:13:57
                 Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13524634       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 21 2016 01:14:46      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13492580        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2016 01:14:49      Pennsylvania Dept of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13660591        E-mail/Text: bkdepartment@rtresolutions.com Jul 21 2016 01:15:04
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13492589       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2016 01:13:46      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13492591       +E-mail/Text: compliance@sentrycredit.com Jul 21 2016 01:15:27      Sentry Credit,
                 P.O. Box 12070,    Everett, WA 98206-2070
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
```

```
District/off: 0313-2           User: John                  Page 3 of 3                   Date Rcvd: Jul 20, 2016
                               Form ID: pdf900             Total Noticed: 86

smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
cr*             +CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13492574*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                  Lewisville, TX 75067)
13492575*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 630267,    Irving, TX 75063)
13504552*       +Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA   17128-0946
13492586       ##Regiscope Digital Imaging, LLC,    927 Stuyvesant Ave.,    P.O. Box 302,    Union, NJ 07083-0302
13492593      ##+Trident Asset Managmenet,    5755 Northpoint Pkwy,    Alpharetta, GA 30022-1136
                                                                                             TOTALS: 1, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              DANIEL BRETT SULLIVAN    on behalf of Creditor   Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DOUGLAS J. SMILLIE    on behalf of Creditor   Manufacturers and Traders Trust Company
               dsmillie@flblaw.com, ccharlton@flblaw.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
               paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor   Federal National Mortgage Association
               paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor LaMonte S. Owens joshualthomas@gmail.com
              LEEANE O. HUGGINS    on behalf of Creditor   Provident Funding Associates, L.P. pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARISSA M. O'CONNELL    on behalf of Creditor   CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
               marissa.o'connell@phila.gov, James.Feighan@phila.gov
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   The Bank of New York Mellon, as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              ROBERT J. HOFFMAN    on behalf of Attorney   Brewerytown Square Homeowners Association
               collections@marcushoffman.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 16
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAMONTE S. OWENS             Chapter 13

            Debtor             Bankruptcy No. 15-11627-ELF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 20, 2016**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSHUA LOUIS THOMAS
1110 POCOPSON ROAD
PO BOX 415
POCOPSON, PA 19366-

Debtor:
LAMONTE S. OWENS

1310 SOUTH 5TH STREET

PHILADELPHIA, PA 19147