UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LAMONTE S. OWENS

Chapter 13
Bky. No. 15-11627-ELF

**Judge: Chief Judge Eric L. Frank**

# O R D E R

**AND NOW**, upon consideration of the ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **September 15, 2016, at 9:30 a.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, all secured creditors, all priority creditors and all creditors who provide utility service, by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on September 13, 2016**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 5 and 6 above as applicable.

Date: 9/13/16

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**