**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | LAMONTE S. OWENS, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  15-11627 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Leave to File New Bankruptcy Case, and after a notice and a hearing, and with the consent of the Chapter 13 Trustee, and for the reasons stated in court,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Notwithstanding the prior order dated **July 20, 2016** (Doc. # 153), the Debtor is **GRANTED LEAVE** to file a new bankruptcy case, **PROVIDED** that:

    a. the case is filed under chapter 7;

    b. the petition is accompanied by the requisite filing fee and all schedules and statements required by the rules of court

3. In the event that the Debtor attempts to file a bankruptcy case in violation of Paragraph 2.a. and b. of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

Date:  September 15, 2016

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE