United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
LaMonte S. Owens  
    Debtor

Case No. 15-11627-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John    Page 1 of 1    Date Rcvd: Sep 13, 2016  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.  
db      +LaMonte S. Owens,    1310 South 5th Street,    Philadelphia, PA 19147-5917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:

     DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com, DanS@w-legal.com  
     DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers and Traders Trust Company dsmillie@flblaw.com, ccharlton@flblaw.com  
     JOSEPH ANGEO DESSOYE    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... paeb@fedphe.com  
     JOSEPH PATRICK SCHALK    on behalf of Creditor    Federal National Mortgage Association paeb@fedphe.com  
     JOSEPH PATRICK SCHALK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     JOSHUA LOUIS THOMAS    on behalf of Debtor LaMonte S. Owens joshualthomas@gmail.com  
     LEEANE O. HUGGINS    on behalf of Creditor    Provident Funding Associates, L.P. pabk@logs.com  
     LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
     MARISSA M. O'CONNELL    on behalf of Creditor    CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT marissa.o'connell@phila.gov, James.Feighan@phila.gov  
     MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
     MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
     ROBERT J. HOFFMAN    on behalf of Attorney    Brewerytown Square Homeowners Association collections@marcushoffman.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LAMONTE S. OWENS

Chapter 13
Bky. No. 15-11627-ELF

**Judge: Chief Judge Eric L. Frank**

# O R D E R

**AND NOW**, upon consideration of the ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **September 15, 2016, at 9:30 a.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, all secured creditors, all priority creditors and all creditors who provide utility service, by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on September 13, 2016**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 5 and 6 above as applicable.

Date: 9/13/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**