United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-11627-elf
LaMonte S. Owens                                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: John              Page 1 of 2              Date Rcvd: Sep 15, 2016
                                  Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2016.
db           +LaMonte S. Owens,    1310 South 5th Street,    Philadelphia, PA 19147-5917
aty          +Brewerytown Square Homeowners Association,    Marcus & Hoffman, P.C.,
              c/o Robert J. Hoffman, Esq.,    326 W State Street,    Media, PA 19063-2616
cr            Manufacturers and Traders Trust Company,    One M & T Plaza,    Buffalo, NY 14203-2399
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
              PO Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:05:03    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2016 02:04:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2016 02:04:47    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bankruptcy@phila.gov Sep 16 2016 02:05:03
              CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
cr           +E-mail/Text: bkdepartment@rtresolutions.com Sep 16 2016 02:04:43    Real Time Solutions Inc,
              1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
                                                                                         TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                              Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2016 at the address(es) listed below:
             DANIEL BRETT SULLIVAN    on behalf of Creditor   Nationstar Mortgage, LLC BNCmail@w-legal.com,
              DanS@w-legal.com
             DOUGLAS J. SMILLIE    on behalf of Creditor   Manufacturers and Traders Trust Company
              dsmillie@flblaw.com,    ccharlton@flblaw.com
             JOSEPH ANGEO DESSOYE    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
              paeb@fedphe.com
             JOSEPH PATRICK SCHALK    on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com
             JOSEPH PATRICK SCHALK    on behalf of Creditor   Federal National Mortgage Association
              paeb@fedphe.com
             JOSHUA ISAAC GOLDMAN    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
              bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
             JOSHUA LOUIS THOMAS    on behalf of Debtor LaMonte S. Owens joshualthomas@gmail.com
             LEEANE O. HUGGINS    on behalf of Creditor   Provident Funding Associates, L.P. pabk@logs.com
             LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
              philaecf@gmail.com
             MARISSA M. O'CONNELL    on behalf of Creditor   CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
              marissa.o'connell@phila.gov,    James.Feighan@phila.gov
             MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
              Federal National Mortgage Association mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com

District/off: 0313-2          User: John             Page 2 of 2          Date Rcvd: Sep 15, 2016
                             Form ID: pdf900        Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    The Bank of New York Mellon, as Trustee
           mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          ROBERT J. HOFFMAN   on behalf of Attorney    Brewerytown Square Homeowners Association
           collections@marcushoffman.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | LAMONTE S. OWENS, | : | Chapter 13 |
| | | : | |
| | **Debtor** | : | Bky. No.  15-11627 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for Leave to File New

Bankruptcy Case, and after a notice and a hearing, and with the consent of the Chapter 13

Trustee, and for the reasons stated in court,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  Notwithstanding the prior order dated **July 20, 2016** (Doc. # 153), the Debtor is **GRANTED**

    **LEAVE** to file a new bankruptcy case, **PROVIDED** that:

    a.  the case is filed under chapter 7;

    b.  the petition is accompanied by the requisite filing fee and all schedules and statements
        required by the rules of court

3.  In the event that the Debtor attempts to file a bankruptcy case in violation of Paragraph 2.a.

    and b. of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE**

    **BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned

    bankruptcy judge for appropriate action.

Date:  September 15, 2016

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**